**Order filed December 29, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-19-00973-CV
_____

**BEATRICE FOOTS, Appellant**

**V.**

**JIMMIE ANDREPOINT, Appellee**

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1060830**

## O R D E R

The clerk's record was filed December 31, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Plaintifff's live pleading.

The Harris County Clerk is directed to file a supplemental clerk's record on or before January 8, 2021, containing Plaintiff's live pleadings.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Justices Christopher, Wise, and Hassan.